IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20185
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KELVIN WAYNE ROBINSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-275-1
- - - - - - - - - -
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Kelvin Wayne Robinson, federal
prisoner # 47475-079, has moved to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).  A copy
of counsel's motion and brief was mailed to Robinson.  In
response, he has filed a motion for appointment of counsel and
has stated that he does not want to waive his right to appeal.
He has not submitted any substantive issues to be considered on
appeal of the revocation of his term of supervised release and
the resulting imposition of sentence.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal.  Accordingly, the motion to withdraw is GRANTED and the appeal is DISMISSED.